**LAW OFFICES OF ERIC FRANZ, P.L.L.C.**

747 Third Avenue
20th Floor
New York, New York 10017

PH: (212) 355-2200
FAX: (212) 937-2217
www.efranzlaw.com

November 17, 2015

Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:** *United States v. John Doe*, 12 Cr. 169

Dear Judge Johnson:

    I represent the defendant in the above referenced matter and submit this letter to respectfully request that the Court enter the judgment and commitment for his sentencing which occurred on September 11, 2015.

    Specifically, the defendant was sentenced to a total term of 57 months for his conviction of Counts One and Two of the two Count Information. The sentence imposed Ordered that the defendant be imprisoned for 30 months to run concurrently and an additional 27 months to run consecutive to his sentence which was imposed in the Western District of New York, along with 3 years of supervised release which was Ordered to run concurrently with the Western District of New York sentence. At the time of sentence, Your Honor also granted the defendant's request that the Court recommend that he serve his sentence at FCI Danbury. However, since the judgment and commitment has not yet been entered on the docket, the defendant remains undesignated and currently remains at the MDC in Brooklyn.

    Since the defendant was sentenced over two months ago, we respectfully request that Your Honor enter the judgment of commitment in this matter so that the defendant may be designated to a Bureau of Prisons facility to continue serving his sentence.

    I thank the Court for its consideration of this request.

Respectfully Submitted,

Eric Franz